# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE:

Melissa E. Weaver, f.ka. Melissa Dawn Ellis

CHAPTER 7
CASE NO. 09-81245

Social Security No.:
xxx-xx-4789
Address:
245 Herbert Hill Drive, Timberlake, NC 27583-

DEBTOR(S)

## SECOND MOTION FOR EXTENSION OF TIME TO COMMENCE ACTION

Now comes the debtor above-named, and shows unto the Court as follows:

1. That this matter is a core proceeding pursuant to 28 U.S.C. §157, and that the Court has jurisdiction pursuant to 28 U.S.C. §151, 157 and 1334.

2. That, on June 2, 2011, the Debtor filed a motion pursuant to 11 U.S.C. § 350(b) to reopen this case.

3. Said Motion was granted on June 24, 2011, re-opening the case and allowing the Debtor sixty (60) days from the entry of the Order to file any further pleading.

4. Said time period expires on September 23, 2011.

5. That while no appearances have been made in this case by the potential Defendants, Chad A. Sharkey has contacted Debtor's counsel on behalf of some or all of the potential Defendants, including Bank of America.

6. The parties have agreed on the general terms of a settlement, but obtaining final approval from Bank of America takes additional time.

7. That in order to finalize the settlement, an extension of another thirty (30) days to file further pleadings is appropriate.

WHEREFORE, the Debtor moves the Court for an extension of another thirty (30) days to file further pleadings and for such other and further relief as the court may seem just and proper.

Dated: September 16, 2011

Law Offices Of John T. Orcutt, P.C.

/s Edward C. Boltz
Edward C. Boltz
North Carolina Bar No. : 23003
1738-D Hillandale Rd.
Durham NC 27705

(919) 286-1695
eboltz@johnorcutt.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**<u>DURHAM</u> DIVISION**

| | |
|---|---|
| IN RE:<br>Melissa E. Weaver, f.ka. Melissa Dawn Ellis | CHAPTER 7<br>CASE NO. 09-81245 |
| Social Security No.:<br>xxx-xx-4789<br>Address:<br>245 Herbert Hill Drive, Timberlake, NC 27583- | |
| DEBTOR(S) | |

**CERTIFICATE OF SERVICE**

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on September 16, 2011, I served copies of the foregoing **MOTION FOR EXTENSION OF TIME TO COMMENCE ACTION** by **certified mail, return receipt requested**, upon the following parties:

| | |
|---|---|
| Bank of America, N.A<br>**Attn: Managing Agent**<br>Post Office Box 941633<br>Simi Valley, CA 93094-1633 | BAC Home Loans Servicing, L.P.<br>**Attn: Managing Agent**<br>Post Office Box 941633<br>Simi Valley, CA 93094-1633 |
| Reorganized Sale of OKWD, Inc.<br>f.k.a. Oakwood Homes Corporation<br>**Attn: Richard M. Hutson, II, President**<br>302 East Pettigrew Street<br>Durham, NC 27701 | Chad A. Sharkey<br>Morris, Manning & Martin, LLP<br>1000 Park Forty Plaza<br>Suite 350<br>Durham, NC 27713 |
| Investors Title Company<br>Attn: Managing Agent<br>Post Office Drawer 2687<br>Chapel Hill, NC 27515 | Investors Title Company<br>Attn: Gary Whaley<br>Post Office Drawer 2687<br>Chapel Hill, NC 27515 |
| Primary Residential Mortgage Inc.<br>**Attn: Managing Agent**<br>4750 West Wiley Post Way #200<br>Salt Lake City UT 84116 | WD Investments, L.L.C.<br>**Attn: Managing Agent**<br>216 Sievers Circle<br>Roxboro NC 27573 |

and electronically to:

| | |
|---|---|
| John A. Northen<br>Chapter 7 Trustee | Michael West<br>Bankruptcy Administrator |

                                                /s Renee Nolte
                                                Renee Nolte